**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  HENRY T HILL  )  | Case No. 21 B 03073 |
| )  | |
| )  | Chapter 13 |
| Debtor(s)   )  | |
| )  | Judge: DONALD R CASSLING |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

HENRY T HILL                                              DAVID FREYDIN
1252 W 64TH ST                                         via Clerk's ECF noticing procedures
CHICAGO, IL 60636

Please take notice that on January 06, 2022 at 9:30 am., I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

> **To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
> **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
> **Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on December 03, 2021.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  HENRY T HILL | ) | Case No. 21 B 03073 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

**MOTION TO DISMISS FOR TERM OF PLAN**

Now comes Thomas H. Hooper, and requests that this case be dismissed pursuant to 11 U.S.C. § 1307(c)(6), and in support thereof respectfully states the following:

1. This is a core proceeding under 28 U.S.C. § 157.  Debtor filed for Chapter 13 relief on March 10, 2021.

2. This case was confirmed on April 28, 2021, for a total of 36 months with plan payments of $450.00 .

3. As of the filing of this motion, 9 months have expired since this case was filed.

4. The plan is in material default as it cannot complete at the proposed terms.

5. The balance on this case is approximately $40,981.41 and at the current rate, the plan will not complete for another 91 months.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900