# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**:

   Henry T. Hill

**Debtor(s)**

Case No. 21-03073

Chapter 13

Judge Donald R. Cassling

Cook County

## NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

Cook County Clerk, 118 N. Clark St., Rm 434, Chicago, IL 60602, via U.S. Mail;

Henry T. Hill, 1252 W. 64th Street, Chicago, IL 60636; via U.S. Mail;

SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE that on March 17, 2022, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password.**  The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant

the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on February 16, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  Cook County Clerk
0752-1                                  Eastern Division                       118 N Clark Street, Rm 434
Case 21-03073                           219 S Dearborn                         Chicago, IL 60602-1413
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Wed Mar 10 14:22:46 CST 2021

Lien Group LLC                          David Freydin                          Henry T Hill
100 N LaSalle Street Ste 1111           Law Offices of David Freydin Ltd       1252 W 64th Street
Chicago, IL 60602-3537                  8707 Skokie Blvd                       Chicago, IL 60636-2937
                                        Suite 312
                                        Skokie, IL 60077-2269


(p)M O MARSHALL CHAPTER 13 TRUSTEE      Patrick S Layng
55 EAST MONROE SUITE 3850               Office of the U.S. Trustee, Region 11
CHICAGO IL 60603-5764                   219 S Dearborn St
                                        Room 873
                                        Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M.O. Marshall                           End of Label Matrix
55 E. Monroe Street, Suite 3850         Mailable recipients    7
Chicago, IL 60603                       Bypassed recipients    0
                                        Total                  7
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 21-03073 |
| Henry T. Hill | |
| | Chapter 13 |
| | |
| | Judge Donald R. Cassling |
| | |
| **Debtor(s)** | Cook County |

**DEBTOR'S MOTION TO MODIFY PLAN**

NOW COMES THE DEBTOR by and through his attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 21-03073 on March 10, 2021.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on June 5, 2017, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 100.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires her to pay $450.00 per month for a minimum of 36 months.

5. That at the time of confirmation, the confirmed plan at Docket #18 was set to complete in less than 60 months.

6. That on June 21, 2021, the United States Department of Education filed claim 3-1 for $20,575.76 for a student loan (the "Student Loan"). Please see attached Exhibit A.

7. That the Student Loan has rendered this case unfeasible and is the basis for the Trustee's pending Motion to Dismiss for Term of Plan.

8. That the Student Loan is in deferment.

9. That Debtor also believes that the Student Loan has been forgiven because of Debtor's disability.

10. That the Debtor requests that this Honorable Court modify the confirmed plan to provide in Section 8.1 that the "Trustee shall not make any payments on Claim 3 to the United States Department of Education for Debtor's student loan(s)."

11. That with this modification, Debtor's plan will pay secured creditors 100% and general unsecured creditors 100.00% and will complete in 60 months or less.

12. That the Debtors filed the instant case in good faith and intend to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to provide in Section 8.1 that the "Trustee shall not make any payments on Claim 3 to the United States Department of Education for Debtor's student loan(s) " and for such other and further relief this Court deems just and proper.

/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157